Morris Kopp, Respondent, v. Jacob Bigeleisen and Fannie Bigeleisen, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and that they pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with twenty dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

Morris Kopp, Respondent, v. Jacob Bigeleisen and Fannie Bigeleisen, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and that they pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with twenty dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

Lever Construction Co., Inc., Appellant, v. Mary E. Dolphin, as Executrix, etc., of Edward Dolphin, Deceased, Respondent, and Traymore Cafeteria, Inc., Defendant.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, December 5, 1927 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

Leib Lurie and Solomon Leibowitz, Plaintiffs, v. East 18th Street Realty Corporation, Defendant. Isaac Goldberg, Appellant; Jacob Greenbaum and Others, Respondents.— So much of the motion as seeks to omit from the printed record the judgment roll in the foreclosure action, and the exhibits, is granted upon condition that the judgment roll and exhibits be submitted to the court upon the argument. The remainder of the motion is denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

August H. Miller, Respondent, v. Joseph Jacobs, Defendant, and Joseph Voroba, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

Hattie Oblo and Minnie M. Reid, Appellants, v. Corbell Realty Corporation and Others, Respondents.— Motion to vacate restraining order and to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

May C. Porter, as Administratrix, etc., of Edward Porter, Deceased, Respondent, v. Peter C. La Forge and William L. Long, Appellants.— Motion for extension of time to serve bill of particulars denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

May C. Porter, as Administratrix, etc., of Edward Porter, Deceased, v. Peter C. LaForge and William L. Long, Appellants.— Motion for extension of time to serve bill of particulars denied. Present — Lazansky. P. J., Rich, Kapper, Seeger and Carswell, JJ.

The People of the State of New York, Respondent, v. Jacob Bernstein, Appellant.— Motion to enlarge time to appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

The People of the State of New York, on Complaint of Harry Moran, Respondent, v. David H. Shelling, Appellant. In the Matter of the Petition of the Hospital Trustees Association, etc.— Motion for leave to file brief as